FILED

MAY - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Alexander E. Williams
12235 Arrow Park Drive
Fort Washington, Maryland 20744
301 292 1611

VS.                    CIVIL ACTIC

CASE NUMBER 1:06CV00845

JUDGE: Emmet G. Sullivan

DECK TYPE: Employment Discrimination

DATE STAMP: 05/08/2006

R. James Nicholson
   Secretary
Department of Veterans Affairs
810 Vermont Ave. NW
Washington, DC 20420

## COMPLAINT

THIS IS A REQUEST TO APPEAL THE DECISION ON THE FINDINGS IN THE CASE VA 2004-0009-2003100376. THE FACTS ALLEGED IN THE CASE WERE INCORRECT. I ALLEGED THAT THE AGENCY DISCRIMINATED AGAINST ME ON THE BASES OF RACE (AFRICAN-AMERICAN AND AGE (D.O.B. AUGUST 7, 1937) WHEN I WAS NOT SELECTED FOR THE POSITION OF LEGISLATIVE AFFAIRS OFFICER, GS 13/14. THE RECORD INDICATES THAT THE POSITION WAS POSTED AND THREE NAMES WERE FORWARD TO THE SELECTING OFFICIAL. MY NAME WAS NOT SENT TO THE SELECTING OFFICIAL. THE POSITION WAS OFFERED TO AN INDIVIDUAL WHO WAS A SCHEDULE "C" POLITICAL APPOINTEE WITH ONLY SIX MONTHS OF LEGISLATIVE GOVERNMENT SERVICE. OPM RULES STATES THAT AN INDIVIDUAL MUST REMAIN IN GRADE FOR TWELVE MONTHS BEFORE HE/SHE ARE ELIGIBLE FOR ANOTHER GRADE LEVEL PROMOTION. IN ADDITION, I HAVE OVER TEN YEARS OF LEGISLATIVE EXPERIENCE. THE INDIVIDUAL OFFERED THE POSITION IS A WHITE MALE AND I AM A BLACK MALE. I AM ALLEGING THAT I HAVE BEEN DISCRIMINATED AGAINST AND WOULD LIKE TO HAVE MY DAY IN COURT TO BRING OUT ALL OF THE ISSUES INVOLVED AND SHOW THAT DISCRIMINATION DID EXIST.

*Alexander E. Williams*
ALEXANDER E. WILLIAMS
12235 ARROW PARK DRIVE
FORT WASHINGTON, MD 20744

RECEIVED

APR 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT