UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ALEXANDER E. WILLIAMS        )
12235 Arrow Park Drive       )
Fort Washington, Maryland    )
20744,                       )
                             )
        Plaintiff,           )
                             )
    v.                       )
                             ) Civil Action No. 06-0845(EGS)
                             )
R. JAMES NICHOLSON, Secretary)
Department of Veterans Affairs)
810 Vermont Ave., N.W.       )
Washington, D.C. 20420       )
                             )
        Defendant.           )
_____)
```

PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the defendant in this action.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar #451058


        _____
        KAREN L. MELNIK D.C. BAR #436452
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        Civil Division
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 307-0338 (O)
        (202) 514-8780 (Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made via Electronic Case Filing and/or mail to plaintiff, Mr. Alexander E. Williams, 12235 Arrow Park Drive, Fort Washington, Maryland 20744 on June 30, 2006.

```
_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)
(202) 514-8780 (Fax)
```