UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER E. WILLIAMS, )<br>)<br>Pro Se Plaintiff, )<br>)<br>v. )<br>)<br>R. JAMES NICHOLSON, Secretary )<br>U.S. Dept. of Veterans Affairs, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 06CV0845 (EGS) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Plaintiff's Complaint. In support of this request, the defendant state as follows:

1. The defendant's answer is due July 10, 2006.

2. The defendant intends to file a motion to dismiss or, in the alternative, a motion for summary judgment.

3. The undersigned received the administrative record in the case this week. In addition, undersigned counsel learned this morning that a family member is having a medical emergency, so that undersigned counsel will not be working during the next week.

4. The defendant expects that its motion will be prepared for filing by August 10, 2006.

5. Undersigned counsel called Plaintiff concerning this request for an enlargement.

Undersigned counsel learned from Plaintiff that he consents to this request for an enlargement.

Wherefore the defendants request thirty additional days, until August 10, 2006, to file their dispositive motion. A proposed Order accompanies this motion.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made via Electronic Case Filing and/or mail to plaintiff, Mr. Alexander E. Williams, 12235 Arrow Park Drive, Fort Washington, Maryland 20744 on June 30, 2006.

/s/
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**ALEXANDER E. WILLIAMS,**           )
                                     )
       **Pro Se Plaintiff,**         )
                                     )
v.                                   )   Civil Action No. 06CV0845 (EGS)
                                     )
**R. JAMES NICHOLSON, Secretary**    )
  **U.S. Dept. of Veterans Affairs,** )
                                     )
                                     )
       **Defendant.**                )
_____)

ORDER

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted and Defendants shall have until August 10, 2006, to file its motion.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Mr. Alexander E. Williams
12235 Arrow Park Drive
Fort Washington, MD.  20744

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530