UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| ALEXANDER E. WILLIAMS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-0845 (EGS) |
| | ) | |
| R. JAMES NICHOLSON, Secretary Dept. of Veterans Affairs, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

UPON CONSIDERATION of Defendant's motion to dismiss, or in the alternative, for summary judgment and the entire record herein, it is this ___ day of _____, 2006, hereby

ORDERED, that Defendant's motion to dismiss/for summary judgment is hereby GRANTED; and it is

FURTHER ORDERED, that this case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

<u>Copies of this Order to</u>:

Karen L. Melnik
Assistant U.S. Attorney
Judiciary Building
555 Fourth Street, N.W., Rm. E-4112
Washington, D.C.  20530

Alexander E. Williams
12235 Arrow Park Drive
Fort Washington, MD 20744