DEPARTMENT OF VETERANS AFFAIRS

OFFICE OF RESOLUTION MANAGEMENT

THE MATTER OF

ALEXANDER WILLIAMS

AND                                      Case No.

VA OFFICE OF                             2004-0009

CONGRESSIONAL & LEGISLATIVE              2003100376

AFFAIRS, WASHINGTON D.C.

     Sworn statement of ALEXANDER WILLIAMS, called for examination by William Sanders, EEO Investigator, from the Office of Resolution Management, via telephonic communication with the reporter located at Rennillo Reporting Services, 2500 Erieview Tower, Cleveland, Ohio, on Friday, July 25, 2003, at 1:57 p.m.

B-1

Page 2

1     MR. SANDERS: Today is Friday, July
2  25, 2003. My name is William Sanders, EEO
3  Investigator from the Office of Resolution
4  Management, Cleveland field office. I am
5  investigating the discrimination complaint of
6  Alexander Williams filed against the VA Office
7  of Congressional & Legislative Affairs in
8  Washington, D.C.
9     Mr. Williams, it is my duty to
10 inform you that you are required to cooperate
11 in this investigation and that your statement
12 must be given under oath without a pledge of
13 confidence, which means that it may be released
14 to interested parties.
15    However, you are protected by law
16 from any restraint, interference, coercion,
17 discrimination or reprisal as a result of
18 having presented factual testimony in
19 connection with this matter.
20    Do you understand your rights and
21 responsibilities?
22    MR. WILLIAMS: Yes.
23    MR. SANDERS: Would you please
24 raise your right hand?
25    Alexander Williams, of lawful age,

Page 3

1  called for examination by the Department of
2  Veterans Affairs, being William Sanders, EEO
3  Investigator, first duly sworn, as hereinafter
4  certified, deposed and said as follows:
5     EXAMINATION OF Alexander Williams
6  BY MR. SANDERS:
7     Q.  Okay. Before we get into your
8  complaint, it just happens that I got a call
9  from a staff attorney in headquarters today
10 regarding a form that was sent to you by Peggy
11 Jones some time around the time that you filed
12 the complaint, asking you that at the
13 completion of the investigation, if you
14 preferred a hearing or an agency determination.
15    Did you ever return that form?
16    A.  Probably not. I don't think that I
17 returned anything. I'll have to go through my
18 files. But, I don't remember returning
19 anything.
20    Q.  Will you see if you have that form,
21 it has to do with the hearing or the agency
22 determination?
23    A.  I think that I did receive it, I'm
24 pretty sure that I did receive it.
25    Q.  All right. If you can't find it,

Page 4

1  you call me and I'll get you another one.
2     A.  Okay, thank you.
3     Q.  Let's get started on your case now.
4     Your complaint is that on the bases
5  of your race, black, you were not selected for
6  the position of Legislative Affairs Officer,
7  GS-301-13/14, announcement number OCLA-02-15.
8  You were notified of your nonselection on
9  October 23rd, 2002.
10    Mr. Williams, why do you believe
11 that you were not selected for this Legislative
12 Affairs Officer on the bases of your race?
13    A.  Can I also, when I'm talking to you
14 -- can explain to me, I'm going to -- can I in
15 addition amend this to make it other things?
16    Q.  Like what?
17    A.  Age and political affiliation.
18    Q.  What is your age?
19    A.  65.
20    Q.  What is your date of birth?
21    A.  8-7-37.
22    Q.  8-7-37. Okay, the political
23 affiliation is not a protected EEO category, so
24 you can not file an EEO complaint on political
25 affiliation.

Page 5

1     A.  Okay, thank you.
2     Q.  What is your bases of belief that
3  you were not hired for this position on the
4  bases of your race and age?
5     A.  Okay, I'll take both of them
6  together. When I contacted the people down at
7  the Veterans Administration to ask them the
8  status of my position, they informed me that
9  they had interviewed a white candidate -- they
10 didn't say the word white. But, they
11 interviewed a candidate and that they could not
12 reach him and because they could not reach him,
13 they were thinking about withdrawing the job
14 description.
15    This was a Mr. Buffington that
16 informed me of this first. I next called a
17 lady, and I don't have her name, and I did know
18 her name at the time and she came on the
19 phone --
20    Q.  Ms. Moore?
21    A.  Chris Moore, exactly. And she came
22 on the phone when I told her and she said that
23 they were thinking about withdrawing this
24 particular position and I asked why. And she
25 -- I think that she informed me at that time or

Page 6

1  Mr. Buffington informed me, that they were
2  trying to reach a candidate that was in the
3  position at that time. And since they could
4  not reach him, he was not presently qualified.
5  they were going to withdraw the position.
6      Q.  Why do you believe that has to do
7  with your race and age?
8      A.  My race is black. I went to a
9  school here called Howard University in
10 Washington D.C. and granted, Howard University,
11 99.44 percent of the people there at Howard
12 University are black.
13     My age is given in reference to the
14 position that I applied for, some areas that I
15 used to work in 1972, so that really gives you
16 an age.
17     Q.  All right. I'll tell you what they
18 said based on the information that I have.
19     A.  Okay.
20     Q.  The person selected or who they
21 wanted to select was a man named Daniel Devine?
22     A.  That's correct.
23     Q.  Which they say he was a schedule C
24 appointee, which means that he was a
25 presidential appointee?

Page 7

1      A.  That's correct.
2      Q.  According to Mr. Buffington --
3  well, first Ms. Moore said that he was highly
4  qualified for the position. Mr. Buffington
5  said that he had already been working there
6  and he said that the secretary of the VA said
7  that he did not want to fill a career position
8  with a schedule C employee.
9      And since I just happened to be
10 talking to Washington today and I was told that
11 the position was not filled and the certificate
12 has expired. So no one ever got this job, as
13 of now, it does not exist.
14     A.  Okay, I did not know that.
15     Q.  What are you seeking as remedy in
16 this case?
17     A.  I'm seeking a position that I
18 applied for, a GS-13 or 14 at the Veteran
19 Administration.
20     Q.  All right. Well, if the position
21 doesn't exist and they don't reannounce it,
22 that would not be something that you would
23 likely get. Would you consider something
24 comparable?
25     A.  What would be comparable, sir?

Page 8

1      Q.  I have no idea. Any other type of
2  job that may be similar to that.
3      A.  Yes. I would. I would consider a
4  comparable position.
5      Q.  All right. It's really not a
6  complicated matter. I'll have to get
7  statements from the other people involved?
8      A.  Could I ask you a question, Mr.
9  Sanders?
10     Q.  Yes.
11     A.  It's my understanding that the
12 gentleman that they did interview for the
13 position had only been working at the agency
14 for less than six months.
15     Q.  What is the significance of that?
16     A.  The significance of that is
17 according to the regulations and rules of the
18 OPM, you must be at a position for one year
19 in order to be qualified for the next grade
20 position.
21     Q.  Well, you were not there for a
22 year, you weren't there at all?
23     A.  This is true. So I could go into a
24 job. But, a person working in a position in a
25 Federal Agency, it's my understanding that if

Page 9

1  they have a grade at a certain grade, they must
2  be in that grade for one year before they are
3  eligible for the next grade.
4      Q.  He may have had it someplace else,
5  maybe he worked someplace else. It may not
6  have applied to him because he was a
7  Presidential appointee, I don't know.
8      A.  Let me state this to you, sir.
9  There was a time that I was a schedule C,
10 political appointee and in order to get me a
11 grade raise, in less than a year, they had to
12 go to the United States Congress and get a
13 written -- send the Congressman a written
14 memorandum -- a waiver in order to do that.
15     Q.  All right. Well, let me put it to
16 you this way. I just do the investigation,
17 we're just talking speculation here. I'm just
18 going to gather the facts --
19     A.  I understand, sir.
20     Q.  -- and if it turns out that I need
21 further information from you, I will contact
22 you. Otherwise, would you like an advanced
23 copy of your affidavit?
24     A.  Yes, sir.
25     Q.  Do you want me to mail it to 12235

Page 10

1  Arrow Park, Fort Washington, 20744?
    A.  That's correct.
    Q.  All right. As soon as I get it, I
4  will send it to you. And if anything else
5  comes up, you give me a call.
    A.  Okay, thank you.
    MR. SANDERS: Thank you.
     - - - - -
    (Statement concluded at 2:07 p.m.)
     - - - - -

Page 11

CERTIFICATE

In re:   Alexander Williams
         And VA Office of
         Congressional & Legislative Affairs
         Washington, D.C.
Statement of:   ALEXANDER WILLIAMS

    I, Laura Glasgow, do hereby certify
that as such Reporter I took down in Stenotypy
all of the proceedings had in the foregoing
transcript; that I have transcribed my said
Stenotype notes into typewritten form as
appears in the foregoing transcript; that said
transcript is the complete form of the
proceedings had in said cause and constitutes a
true and correct transcript therein.



         Laura Glasgow, aka Laura DePompei
         Notary Public
         within and for the State of Ohio

My commission expires December 20, 2006.

```
 1                    CERTIFICATE

 2   In re:      Alexander Williams

 3               And VA Office of

 4               Congressional & Legislative Affairs

 5               Washington, D.C.

 6   Statement of:    ALEXANDER WILLIAMS

 7

 8          I, Laura Glasgow, do hereby certify

 9   that as such Reporter I took down in Stenotypy

10   all of the proceedings had in the foregoing

11   transcript; that I have transcribed my said

12   Stenotype notes into typewritten form as

13   appears in the foregoing transcript; that said

14   transcript is the complete form of the

15   proceedings had in said cause and constitutes a

16   true and correct transcript therein.

17

18

19
                    _____
20
                    Laura Glasgow, aka Laura DePompei
21
                    Notary Public
22
                    within and for the State of Ohio
23

24

25   My commission expires December 20, 2006.
```

RENNILLO REPORTING SERVICES
A LEGALINK AFFILIATE COMPANY
(216) 523-1313      (888) 391-DEPO