DEPARTMENT OF VETERANS AFFAIRS
EXTERNAL ANNOUNCEMENT

⌐.  ⌐ncement No.: OCLA-02-15
Opening Date:  July 23, 2002
Closing Date:   August 13, 2002

Applications MUST be
received by closing date

APPLICATIONS ARE BEING ACCEPTED FROM
THE FOLLOWING RECRUITMENT SOURCES
___ General Public (Competitive)
_x_ Other Government Agencies (Transfer)
_x_ Reinstatement Eligibles
_x_ Other:  30% or more Disabled Veterans, VRA 's

Veterans separated under honorable conditions after 3 or more years of continuous active service and applicants with severe disabilities.

## NOTICE TO ALL APPLICANTS
## FAILURE TO SUBMIT REQUIRED INFORMATION/
## DOCUMENTS WILL RESULT IN NON-CONSIDERATION

| POSITION, SERIES, GRADE | LOCATION SALARY | NO. OF VACANCIES |
|---|---|---|
| Legislative Affairs Officer<br>GS-301-13/14 | GS-301-13/14<br>GS-13, $66,229 - $86,095<br>GS-14, $78,265 - $101,742 | ONE |

LOCATION OF POSITION(S)
Office of Congressional and Legislative Affairs,
DAS for Legislative Affairs,
     lative Affairs Service
.  .nington, DC

TYPE OF APPOINTMENT
_X_ Full Time
_____ Part Time ____ Hours/Week
_____ Temporary NTE 1 Year

Promotion Potential: ___NONE
                    _X_ To Grade: 14

Position is located in the Office of Congressional and Legislative Affairs, DAS for Legislative Affairs, Legislative Affairs Service.  At the GS-13 level, the incumbent will perform the full range of duties and responsibilities.  Duties include the following:  Provides special expertise and knowledge of legislation affecting the Department, its programs and policies, and veterans.  Major area of subject matter expertise is VA's health care programs.  However, responsibilities also include legislation under the jurisdiction of the House and Senate Veterans Affairs committees, legislation potentially involving or affecting the Department that may be referred to other congressional committees.  Incumbent must have knowledge of VA's legislative goals and priorities and be knowledgeable of VA programs and policies. Assists in the development of VA's Legislative program; oversees preparation for and follow-up to congressional hearings; personally assists Veterans Health Administration and VA ⌐ ⌐ es concerning matters within Legislative Affairs Officer's assigned area of responsibility.

Maintains relationships with key congressional staff through personal contact through out at meetings, briefings, or other forums. Personally provides substantive information relative to assigned responsibilities for response to Members of Congress, their staffs or others (OMB, Veteran Service Organizations, etc.,) having interest in the mission and functions of VA. Personally assists Members of congressional committees and their staff concerning pending legislation; initiates and conducts through personal contact, often of a face-to-face nature with Congressional staff and other key officials, investigations of a highly controversial or sensitive nature to be brought to the attention of the Director, Legislative Affairs and the Deputy Assistant Secretary (DAS) for Legislative Affairs and other VA senior leaders; and keeps abreast of problems and other matters requiring attention of the Director, Deputy Assistant Secretary (DAS) for Legislative Affairs and other VA senior leaders; and keeps abreast of problems and other matters requiring attention of the Director, DAS, or Assistant Secretary for Congressional and Legislative Affairs, seeing that priority items are handled appropriately.

## QUALIFICATION REQUIREMENTS:

## GENERAL EXPERIENCE:

S...... ALIZED EXPERIENCE: Applicants must have at least 1 year of specialized experience equivalent to th ... lower grade. That experience must have equipped the applicant with the particular knowledge, skills, and abilities to perform successfully the duties of the position, and which is typically in or related to the work of the position to be filled. In addition to the qualification requirements, **CANDIDATES MUST MEET TIME-IN-GRADE RESTRICTIONS AS WELL AS QUALIFICATION REQUIREMENTS. ALL QUALIFICATION REQUIREMENTS, INCLUDING TIME-IN-GRADE RESTRICTIONS MUST BE MET WITHIN 30 DAYS OF THE CLOSING DATE OF THE ANNOUNCEMENT.** For additional information, refer to Qualification Standards Handbook, Group Coverage Qualification Standard for Administrative and Clerical Positions, dated 8/94

In accordance with procedures in VA Handbook 5330, displaced or surplus VA employees in the local commuting area will receive special selection priority consideration if determined "well qualified" for this position. Candidates should submit documentation of eligibility under the Interagency Career Transition Assistance Plan (ICTAP) to be offered special selection priority.

**BASIS FOR RATING:** All qualification requirements must be met within 30 days of the closing date of the announcement. Applicants who meet qualification requirements will be further evaluated by determining the extent to which their work or related experience, education, training, awards outside activities and/or supervisory appraisal, etc., indicate they possess the knowledge, skills and abilities (KSA's) of the positions. Applicants will not receive credit for merely paraphrasing the KSA's they possess the KSA's on their application. The information provided will be used to determine the "best qualified" candidates.

## RATING FACTORS

1. Knowledge of legislation affecting veterans and the Department of Veterans Affairs, particular in the health care area.
2. Expert knowledge of congressional legislative process, and ability to analyze and evaluate legislative proposals affecting veterans and VA.
3. Ability to manage complex, sensitive or confidential projects from inception to conclusion.
4. Ability to establish and maintain contacts and deal effectively with a wide variety of high level officials, i.e., ability to deal effectively with tact and sensitivity on a personal basis with a wide variety of individuals, often at the highest levels, i.e., Members of Congress and congressional staff, top Executive Branch officials, OMB and White House Staff.
5. Ability to communicate effectively both orally and in writing.

## CONDITIONS OF EMPLOYMENT

A. Applicants must be citizens of or owe allegiance to the United States.
B. Applicants must be at least 16 years of age as of the closing date.
C. New Appointees may be subject to a probationary period.
D. The following statements are applicable if checked:

    _X_    Requires a Security Clearance
    ____    Subject to frequent overtime
    ____    Requires a medical examination (prior to appointment for Criminal Investigators)
    ____    Subject to financial disclosure
    ____    Requires a valid drivers license
    ____    Subject to geographic mobility
    ____    Licenser required
    _X_    Subject to drug test prior to appointment
    _X_    Subject to suitability determination
    ____    Subject to supervisor/managerial probationary period
    ____    Other: _____

H    D APPLY

App....ants must indicate the grade(s) for which applying and submit a complete application for each grade.

     A. Applicants may submit a resume, curriculum vitae, and other document such as an optional Federal employment application form. In addition to the applicable information required in parts B through D, below, to be considered for this vacancy:

        ____ Applicants eligible for further consideration will be contacted to provide additional information before a final selection is made.

        ____ Applicants must submit for OF 306 "Declaration for Federal Employment" with their    initial application.

     B. For each grade level applicants **MUST** provide the following required information and, as applicable, the supplemental information required in parts C and D. **Failure to provide all information (such as grade(s) for which you are applying) may result in receiving less than full consideration.**

     1. Vacancy Announcement No., Title, Series, Grade(s), of job for which applying.

     2. Full legal name and mailing address.

     3. Social Security Number.

     4. Date of Birth.

     5. Daytime and evening telephone numbers.

     6. For experiences most relevant to this position, include name of employer, dates of employment, job title, salary, start and end dates of employment, and a description of your duties and responsibilities for each job listed. For non-relevant experience within the last 5 years, you may list name of employer, dates of employment, job title and phone number.

     7. Average hours worked for each position if other than 40 hours per week.

     8. Name, location and date of colleges attended.

     9. Type and date of degree received, if any.

     10.  Major field of study and undergraduate/graduate GPA(s).

     11.  To receive credit for relevant training, list seminary/course titles, dates, number of hours and name of the institution(s).

     12.  Description of accomplishments, honors, awards and special qualification relevant to the position such as language skills, computer skills along with dates acquired.

     13.  Written response to the rating factors. Failure to provide written response to rating factors may result in a lower rating in the evaluation process.

     C. **General Public and/or Other Applicants.** Provide the following, if checked:

        _X__ 1. Proof of Veterans preference (DD Form 214) and, if applicable, SF-15, "Application for 10 -Point Veteran Preference".

        ____ 2. College transcripts or OPM Form 1170/71, List of College Courses.

        ____ 3. OPM Form 86 (or other designated suitability form)

        _X__ 4. Other:  OF 612 Optional Application for Federal Employment

     D. **Transfer and Reinstatement applicants.** Provide the following, if checked:

        _X_ 1. Last or most recent SF-50, "Notice of Personnel Action" which indicates proof of Competitive Status.

        _X_ 2. Most recent performance appraisal



GEN    AL INFORMATION:

Relocation expenses are not authorized. Salary includes the Locality Pay Adjustment of 11.48% for the Locality Pay Area of Washington, DC. Position is included in the AFGE Bargaining Unit and has known promotion potential to GS-14. Selection does not guarantee promotion to the next higher grade (or any intervening grade, if appropriate); all legal and regulatory requirements for promotion to the next higher grade must be met and subsequent promotion(s) to the next higher grade is dependent upon the supervisor and the availability of enough work at the next higher grade to support the target position.

In accordance with 18 U.S.C. 1719, applications will not be accepted from applicants using postage-paid agency envelopes (penalty mail).
Applications submitted electronically or by facsimile will not be accepted.
Other staffing methods, such as Schedule A, may be used concurrently or subsequently to fill this vacancy. More than one position may be filled from this announcement if identical vacancies occur within 90 days from the date of issuance of the certificate. Applicants will receive consideration without regard to non-merit reasons.

This agency provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency. The decision on granting reasonable accommodation will be on a case-by-case basis.

**In accordance with VA Directive 4112 all new employees are required to receive Federal Wage and Salary payments through VA's Direct Deposit/Electronic Funds Transfer (DD/EFT).**

FOR INFORMATION CALL: Trish Moore, 273-4975

MAIL APPLICATION OR HANDCARRY TO:
Department of Veterans Affairs
Central Office Human Resources Service (035C)
810 Vermont Avenue, NW, Room 140
Washington, DC  20420