Certificate of Eligibles
Certificate Number: VG-02-517-1036050
Issued for DEPARTMENT OF VETERANS AFFAIRS (VA)
Vacancy ID: 152370
Agency Request Number: OCLA-02-15
Issue Date: 8/28/2002
LEGISLATIVE AFFAIRS OFFICER, GS-0301-13

**Appointment Type:** Career/Career-Conditional
**Option:** 001 - None   Grade: 13
**Locations:** 0675 - Washington Metro Area, DC - 1

This certificate must be returned by November 28, 2002
This certificate is valid only for the position, grade and duty location shown on the SF-39.

This office has not verified that veterans who claim 5 point tentative veteran preference (TP) are entitled to it under 5 USC 2108, as amended. Prior to making a selection from this certificate, your office must determine that such veterans who are within reach for appointment meet the requirements for length and dates of service, honorable discharge and military retirement status. Veterans who serve after October 14, 1976 must also prove service in a campaign or expedition for which a medal or badge was authorized. When tentative preference is not confirmed, you must notify this office so that we can adjust the eligible rating and order of the certificate.

When contacting applicants, always use the address and telephone number from the certificate rather than from the application.

| Agency Action | Rating | Veterans Preference | Name | SSN |
|---|---|---|---|---|
| | | | **Non Priority Referral Candidates** | |
| ___ | 102.0 | CP | PLUMER, MICHAEL. W | ▮ |
| ___ | 97.0 | NV | RUBLEE, GREGORY. N | ▮ |
| ___ | 97.0 | NV | KING, LYNN. S | ▮ |
| ___ | 95.0 | TP | YERICK, MARTIN. R | ▮ |

Certificate Number: VG-02-517-10360S0  Vacancy ID: 152370
Agency Request Number: OCLA-02-15  LEGISLATIVE AFFAIRS OFFICER, GS-0301-13

| Agency Action | Rating | Veterans Preference | Name | SSN |
|---|---|---|---|---|
| | | | **Non Priority Referral Candidates** | |
| | 94.0 | NV | WILLIAMS, ALEXANDER. E<br>12235 ARROW PARK DRIVE<br>FORT WASHINGTON, MD 20744<br>(301) 292-1611<br>12PINKEY@EARTHLINK.NET | 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 |

Total Number of Eligibles Certified: 5

_____   _____
Appointing Official Signature:   Date:

_____
Print Name, Organization, and Phone Number