# Certificate of Eligibles

Certificate Number: VG-02-517-1030
Issued for DEPARTMENT OF VETERANS AFFAIRS (VA)
Agency Request Number: OCLA-02-15
Issue Date: 8/28/2002
LEGISLATIVE AFFAIRS OFFICER, GS-0301-14

Appointment Type:   Career/Career-Conditional
Option:             001 - None    Grade: 14
Locations:          0675 - Washington Metro Area, DC - 1

This certificate must be returned by November 28, 2002
This certificate is valid only for the position, grade and duty location shown on the SF-39.

This office has not verified that veterans who claim 5 point tentative veteran preference (TP) are entitled to it under 5 USC 2108, as amended. Prior to making a selection from this certificate, your office must determine that such veterans who are within reach for appointment meet the requirements for length and dates of service, honorable discharge and military retirement status. Veterans who serve after October 14, 1976 must also prove service in a campaign or expedition for which a medal or badge was authorized. When tentative preference is not confirmed, you must notify this office so that we can adjust the eligible rating and order of the certificate.

When contacting applicants, always use the address and telephone number from the certificate rather than from the application.

| Agency Action | Rating | Veterans Preference | Name | SSN |
|---|---|---|---|---|
| | | | **Non Priority Referral Candidates** | |
| | 100.0 | NV | JULIETTE H. BROWN | |
| | 99.0 | TP | MICHAEL G. BRACEY | |
| | 95.0 | TP | ROBERT L. BEAUREGARD | |
| | 95.0 | TP | MARTIN R. YERICK | |

| | | | |
|---|---|---|---|
| N  .94.0  NV | ALEXANDER E. WILLIAMS<br>1▢ ▢ )W PARK DRIVE<br>FORT WASHINGTON, MD 20744<br>(301) 292-1611<br>EAWILLIAMS@STARPOWER.NET | | 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 |

tal Number of Eligibles Certified:    5