# Memorandum

**Department of**
**Veterans Affairs**

**DATE:** August 26, 2002

**FROM:** Chief, COHRS Operations Division (035C)

**SUBJ:** Merit Promotion Certificate (OCLA 02-15)

**TO:** Office of Congressional Affairs

| Certificate Number | Position to be Filled | Organization | Position No. | Grade |
|---|---|---|---|---|
| OCLA 02-15 | Legislative Affairs Officer | OCLA | 29951A | GS-14 |

*This position is excluded from the bargaining unit and has no known promotion potential.*

1. Since there were 10 or fewer candidates for the position, a rating panel was not convened. The following qualified candidates are referred for consideration in alphabetical order.

| No. | Candidates | VA Organization/Recruitment Source |
|---|---|---|
| 1. | Devine, Daniel | VEOA |
| 2. | Mack-Abney, Regina | VACO/Office of Minority Affairs |

2. Please complete the attached endorsement, indicating the name of the candidate recommended for selection to the position to be filled.

3. Application forms and appraisals are attached for your review. This material is confidential and should be properly safeguarded. Please return it by special messenger or in a sealed envelope.

Tina R. Reeves