Trish Moore

**Page 1**

DEPARTMENT OF VETERANS AFFAIRS
OFFICE OF RESOLUTION MANAGEMENT

5

IN RE:

THE MATTER OF
ALEXANDER WILLIAMS
Vs.
OFFICE OF CONGRESSIONAL
AND LEGISLATIVE AFFAIRS

Telephonic sworn statement of TRISH MOORE, called for examination by WILLIAM SANDERS, EEO Investigator, at the Office of Resolution Management, 10000 Brecksville Road, Building 1, Brecksville, Ohio, on Tuesday, May 3, 2005, at 12:59 p.m.

**Page 2**

1    MR. SANDERS: Today is Tuesday, May
2  3, 2005. My name is William Sanders, EEO
3  Investigator from the Office of Resolution
4  Management, Great Lakes Operations. I am
5  investigating the discrimination complaint of    12:59:06
6  Alexander Williams filed against the office of
7  Congressional and Legislative Affairs. This is
8  the affidavit of Trish Moore.
9        Ms. Moore, it is my duty to inform
10 you that you are required to cooperate in this
11 investigation and that your statement must be
12 given under oath, without a pledge of
13 confidence, which means that it may be released
14 to interested parties. However, you are
15 protected by law from any restraint,
16 interference, coercion, discrimination or
17 reprisal as a result of having presented
18 factual testimony in connection with this
19 matter.
20       Do you understand your rights and    12:59:43
21 responsibilities.
22       THE WITNESS: Yes.
23       TRISH MOORE, of lawful age, called
24 for examination by the Department of Veterans
25 Affairs, by WILLIAM SANDERS, EEO Investigator,

**Page 3**

1  first duly sworn, as hereinafter certified,
2  deposed and said as follows:
3        EXAMINATION OF TRISH MOORE
4  BY WILLIAM SANDERS:
5     Q.  For the record, could you tell me    12:59:55
6  your race.
7     A.  White.
8     Q.  And your date of birth?
9     A.  September 2, 1963.
10    Q.  And what is your current job title?    13:00:03
11    A.  Emergency planning specialist.
12    Q.  How long have you been in this
13 position?
14    A.  A year and a half, I think.
15    Q.  What did you do before that?    13:00:19
16    A.  I was in human resources.
17    Q.  How long were you in human
18 resources?
19    A.  Twelve years I think. I have 15
20 years in -- around 13 years.    13:00:28
21    Q.  Mr. Williams's complaint is that on
22 the basis of his race, black and age, 65 he
23 wasn't selected for a legislative affairs
24 officer position, OCLA-02-15.
25       I have two certificates on this    13:00:52

**Page 4**

1  case, both dated August 26, 2002. One is for
2  the grade 13 in this position and one is for a
3  grade 14 in this position. They were both
4  signed by Tina Reeves and I understand that
5  both of these were referred to the selecting    13:01:11
6  official at the time who was William
7  Buffington.
8        I also have two certificates of
9  eligibility dated August 28, 2002. One is for
10 a grade 13, one is for a grade 14. They have    13:01:26
11 some different names on them but Mr. Williams's
12 name is on both of them, as is a Martin Yerick.
13 Can you tell me if Mr. Williams's application
14 was referred to Mr. Buffington?
15    A.  No, it wasn't.    13:01:44
16    Q.  Can you tell me why?
17    A.  Well, could we cut out for a
18 second? I have a question.
19    Q.  You mean off the record?
20    A.  We can be it. Doesn't really    13:01:57
21 matter.
22       I have copies of the information
23 that you faxed to me and by looking at the two
24 certs that you sent, the 13 and the 14, the DEU
25 cert for the outside candidates, and I see    13:02:12

1 (Pages 1 to 4)

5

Trish Moore

Page 5

1  Mr. Williams's name is on here for both. But
2  not having the applications any more in front
3  of me, I can't — if he is on the cert, he
4  could have been referred but I don't know how
5  to explain. I can only give three applications  13:02:36
6  at a time on the DEU cert. You have to work
7  the rule at three, so he wouldn't have gone
8  with the first batch. So I don't know how to
9  explain that in a way that makes sense, other
10 than — he was eligible to be referred. Was he  13:02:54
11 referred, I cannot say. We sent everything
12 back to OPM, to the DEU.
13     Q.  People on these lists have a rating
14 number, for instance, Juliette Brown has 100,
15 Michael Bracey has a 99. What do these numbers  13:03:16
16 come from?
17     A.  Are we back on the record?
18     Q.  We didn't go off the record.
19     A.  Just making sure.
20         Those numbers are given by someone,  13:03:27
21 like myself, who is a staffing person, in this
22 case our delegated examining unit down in
23 Atlanta. So a staffer looks at an application.
24 If they meet the bare minimum qualifications,
25 they get a set number of points. Usually it's  13:03:44

Page 6

1  either 70 or 75. Sometimes that number escapes
2  me but once you meet the minimum quals, you get
3  a number. And then anybody above that is based
4  on the staffer reviewing your application, your
5  responses to the rating factors, you know, the  13:04:10
6  KSAs. And they give a score based on that and
7  then when the final score is finished, if you
8  are a veteran or a non — if you are a veteran,
9  you have a five-point preference or a ten-point
10 preference. Then they add that score to your  13:04:28
11 final score, which is how sometimes people can
12 score sometimes above 100. Does that make
13 sense?
14     Q.  Yes.
15     A.  All right. So Juliette Brown where  13:04:39
16 she has a score of 100 and the next column says
17 veteran's preference. NC is nonveteran but in
18 the second person on the — I'm looking at the
19 15 cert now. Grade 14 cert. I'm sorry. The
20 second one is Michael Bracey where he has a  13:05:02
21 score of 99 and he is a TP. That means he has
22 tentative preference. So he is a veteran in
23 this case.
24         So to answer the original question,
25 was Mr. Williams referred, he made the cert but  13:05:17

Page 7

1  I can't say without hesitation so I should
2  probably go back. So I can't say yes, he was
3  referred or no, he wasn't. He is on the cert
4  but only so many applications can go at one
5  time.                                        13:05:36
6      Q.  And that would be the top three?
7      A.  Yes, sir.
8      Q.  Did you have anything to do with
9  Mr. Buffington selecting Dan Devine for this
10 position?                                    13:05:46
11     A.  No.
12     Q.  Did you have anything to do with
13 this position either being cancelled or
14 expired?
15     A.  No.                                 13:05:55
16     Q.  I have no further questions.
17 Anything else you would like to add?
18     A.  No.
19     Q.  Thank you for your time.
20     A.  Thank you.                          13:06:02
21
22     (The deposition concluded at 1:06 p.m.)
23     - - - - -
24
25

Page 8

CERTIFICATE

In re:

THE MATTER OF
ALEXANDER WILLIAMS vs
OFFICE OF CONGRESSIONAL AND LEGISLATIVE AFFAIRS
Statement of: TRISH MOORE

I, Eva Petrone, do hereby certify
that as such Reporter I took down in Stenotypy
all of the proceedings had in the foregoing
transcript; that I have transcribed my said
Stenotype notes into typewritten form as
appears in the foregoing transcript; that said
transcript is the complete form of the
proceedings had in said cause and constitutes a
true and correct transcript therein.

*Eva Petrone*

Eva Petrone, Notary Public
within and for the State of Ohio

My commission expires February 1, 2008.

2 (Pages 5 to 8)

www.rennillo.com

Cleveland (216) 523-1313                    Akron (330) 374-1313