03/10/2005  14:29   2022736798                                      PAGE  03/10

## SELECTING OFFICAL'S ENDORSEMENT

Date:

To: Chief, COHRS Operations Division (035C)

Subj: OCLA 02-15

1. I have made the following selection:

   _Daniel Devine_

   _William C Buffet_ _____ August 29 2002
   (Selecting Officials signature & date)