## SELECTING OFFICAL'S ENDORSEMENT

Date:

To: Chief, COHRS Operations Division (035C)

Subj: OCLA 02-15

1. I have made the following selection:

_No election_

_____

_William C Buffet_   Aug 29, 2002
(Selecting Officials signature & date)