UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER E. WILLIAMS, )<br>)<br>Pro Se Plaintiff, )<br>)<br>v. )<br>)<br>R. JAMES NICHOLSON, Secretary )<br>U.S. Dept. of Veterans Affairs, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 06CV0845 (EGS) |

**DECLARATION OF ASSISTANT SECRETARY GORDON H. MANSFIELD**

Currently, I, Gordon H. Mansfield, serve as the Deputy Secretary of the Department of Veterans Affairs. At the time Plaintiff's claim was filed before the Equal Employment Commission in 2002, I was the Assistant Secretary for Congressional and Legislative Affairs.

1. I am aware of Plaintiff's EEO claim wherein he alleges race and age discrimination, when he was not selected for the position of Legislative Affairs Officer under Vacancy Announcement Number: OCLA-02-15.

2. On September 20, 2002, the provisional selectee, Daniel Devine, declined to accept the position of Legislative Affairs Officer. Mr. Devine never assumed the job duties or received a salary based on work performed pursuant to it.

3. The vacancy remained open pending either the approval of a reorganization plan in order to comply with the 2004 budget, or the expiration of the certificate. The certificate expired on February 26, 2003.

4. No one ever filled the position of Legislative Affairs Officer under Vacancy Announcement Number: OCLA-02-15.

I declare under the penalty of perjury that the foregoing is true and accurate.

*[signature]*
Gordon H. Mansfield, Deputy Secretary
Department of Veterans Affairs
Washington, D. C.

DATE: August 9, 2006