**Department of Veterans Affairs**

# Memorandum

Date: December 20, 2002
From: Assistant Secretary for Congressional and Legislative Affairs (009)
Subj: Certificate – OCLA 02-15, Legislative Affairs Officer
To: Assistant Secretary for Human Resources and Administration (006)

1. This is in response to an inquiry from your staff concerning the status of an open certificate for the position of Legislative Affairs Officer (Certificate No. 02-15) in the Office of Congressional and Legislative Affairs (OCLA). This certificate is due to expire on February 26, 2003.

2. I am currently engaged in discussions with the Secretary, Deputy Secretary, and Chief of Staff concerning open positions in OCLA in an effort to effect a reorganization in order to comply with the FY 2004 budget. I intend to effect this reorganization during FY 2003.

3. Until discussions are completed and a reorganization plan is approved, I am requesting that this certificate remain open until we make a decision or the certificate expires in February.

Gordon H. Mansfield