UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Alexander E, Williams
12235 Arrow Park Drive
Fort Washington, Maryland 20744
301 292 1611
    Pro Se Plaintiff,

VS            CIVIL ACTION No. 06CV0845  EGS

R. James Nicholson
   Secretary
Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC 20420

    Defendant.

CONSENT MOTION FOR ENLARGEMENT OF TIME

Plaintiff in the above-captioned case hereby move, pursuant to Rule (b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Defendant motion. In support of this request, the plaintiff state as follows:

1. The plaintiff answer is due by October 2, 2006.

2. The plaintiff's wife had prostate cancer surgery on September 19, 2006 and the result was not positive to-date.

3. The plaintiff expects that its answer will be prepared for filing on or before November 2, 2006.

Whereas the plaintiff request thirty additional days, until November 2, 2006 to file an answer.

                Respectfully submitted,

                Alexander E. Williams
                12235 Arrow Park Drive
                Fort Washington, MD 20744

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing plaintiff's Praccipe has been made

Via Electronic Case Filing and/or mail to Ms. Karen L Melnick, Assistant United States Attorney, U.S. Attorney Office for the District of Columbia, Civil Division, 555 Fourth

RECEIVED
OCT - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Street, N.W. # 4112, Washington, D.C. 20530.

*Alexander E. Williams*