RECEIVED
NOV 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Alexander E. Williams
12235 Arrow Park Drive
Fort Washington, Maryland 20744

Plaintiff,

V.

R. James Nicholson,
Secretary,
Department of Veterans Affairs

Civil Action 06-0845 (EGS)

Defendant.

### RESPONSE TO DEFENDANTS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Plaintiff has met the elements of a prima facie case; (1) membership in a protective group; (2) a vacancy for which the employer is soliciting applications; (3) the complainant is qualified and applied for the vacancy; (4) despite the complainant's qualifications, another applicant not of the same protected group(s) as the complainant was selected. Furthermore, under the rule in the Aikens case it was held whether or not a complainant has established a prima facie case, where management has provided a legitimate, nondiscriminatory explanation for its action, the factual inquiry must proceed to a decision on the ultimate factual issue in the case. Second, if the complainant meets the burden of presenting a prima facie case, then management has a burden of production to articulate some legitimate, nondiscriminatory reason for its actions. Texas Department of Community Affairs v. Burdine, 450 U.S. 248, 25 FEP Cases 113 (1981). In addition, the evidence presented by management need not establish management's actual motivation, but must be sufficient to raise a genuine issue of material fact as to whether management discriminated against the complainant. Management has not met this burden.

Management's stated reason of the budget issue is a pretext for discrimination. Was there any other unit in the Veterans Affairs that raised the budget issue during this period of time for not hiring? We would like to see documented proof if this was true.

Below are some questions that should be answered in a court of law and have the opportunity for cross examination.

1. Was Mr. Devine selection a pre-selection?
2. Why didn't the Veterans Affairs forward Mr. Devine application to an independent unit like OPM or the DEU.
3. How many applications did the Veterans Affairs Office of Human Resources review?
4. How many applicants did the selection official interview?
5. Who were the applicants the selecting official interviewed ?
6. How was Mr. Devine with six months of employment at the G S-13 grade level so well qualified and better qualified than the complainant with ten years of legislative experience ,who worked at the G S-15 grade level ?
7. Who in the Office of Human resources rated and reviewed Mr. Devine's application and referred the application to the selecting official?
8. How many months had Mr. Devine been working in his position at the Veterans Affairs Legislative Office?

9. Was it reprisal that I applied for another position as Congressional Relations Officer, grade level 13 and 14, received a grade rating of 100 for the G S- 13 grade level and 100 grade level G S- 14. It is strange but the positions were canceled? This appears to be a pattern and practice of discrimination and /or reprisal.

10. Is this the normal way that Veterans affairs bring on employees?

We are requesting that we can have our day in court to have the above questions addressed.

Sincerely,

Alexander E. Williams

CERTIFICATE OF SERVICE

I do hereby certify that I have this 2nd day of November, 2006, served a copy of the foregoing document on the defendant's attorney, by mailing the same by United States mail, properly addressed and first class postage prepaid

Alexander E. Williams

**Alex Williams**

From: <USAStaffingOffice@opm.gov>
To: <12PINKEY@EARTHLINK.NET>
Sent: Thursday, March 31, 2005 5:31 PM
Subject: Notice of Results

DEPARTMENT OF VETERANS AFFAIRS
NETWORK 7 DELEGATED EXAMINING UNI N O T I C E  O F  R E S U L
1670 CLAIRMONT ROAD
NETWORK BUSINESS OFFICE
DECATUR GA 30033

ALEXANDER E WILLIAMS
Date Issued: March 31, 2005
Eligibility Expires: June 2005

This is a record of your application for Federal Employment in the occupation shown below. This is not a job offer. This notice provides information contained in your record as it appears in the files of the Servicing Office shown above. Your qualification and any veteran preference claims are subject to verification.

Series - Position Title: 0301 - CONGRESSIONAL RELATIONS OFFICER
Vacancy ID Number: 203773
Geographic Availability: WASHINGTON METRO AREA, DC
Veteran Preference: No Preference

You must meet all medical, suitability, and qualification requirements to be considered for a position.

| Spec Code | Spec Title | Grade | Rating |
|---|---|---|---|
| 001 | NONE | 13 | 100.0 |
|  | NONE | 14 | 100.0 |

Special Messages
The information shown on this Notice supersedes all information you received in earlier Notices from this examining office for this occupation.
Please do not respond to this message. It was generated autom

5/4/05