UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEXANDER E. WILLIAMS,

              Plaintiff,

  v.

R. JAMES NICHOLSON, Secretary,
Department of Veterans Affairs,

              Defendant.

Civil Action No. 06-0845 (EGS)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #8] is DENIED and its motion for summary judgment [Dkt. #8] is GRANTED. It is further

ORDERED that JUDGMENT shall be entered for defendant.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Signed:    EMMET G. SULLIVAN
                 United States District Judge

Dated:    March 6, 2007